<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELINE D. COLEY,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY J. GOLLES-ORDONEZ, et al.,<br><br>Defendants. | Civil Action No. 15-2055 (ES) (JAD)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

On July 8, 2015, Defendant Serge Moreau, Jr. filed a motion for an extension of time to answer, move, or otherwise reply to Plaintiff's Complaint and to dismiss the Complaint for lack of subject matter jurisdiction.  (D.E. No. 16).  Defendant Moreau's motion is unopposed.

On August 10, 2015, Judge Dickson issued a Report and Recommendation that the Undersigned grant Defendant's motion.  (D.E. No. 21).  The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  To date, neither party has filed any objections.

Having reviewed Defendant Moreau's submission and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 10th day of November 2015,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 21), in full, as the Opinion of this Court; and it is further

**ORDERED** that Defendant Moreau's motion to dismiss for lack of subject matter jurisdiction, (D.E. No. 16), is GRANTED; and it is further

- 2 -

**ORDERED** that Plaintiff's Complaint is DISMISSED for lack of subject matter jurisdiction; and it if further

**ORDERED** that the Clerk of the Court shall close the matter.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
